STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GÀSTON CLIFFORD, PLAINTIFF IN ERROR.

Submitted July 10, 1916—Decided December 20, 1916.

On error to the Supreme Court, whose opinion is reported in 88 *N. J. L.* 458.

For the defendant in error, *William A. Dolan.*

For the plaintiff in error, *Henry C. Hunt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.